UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Bradley Nelson,<br><br>Plaintiff,<br><br>v.<br><br>Wells Fargo Bank Minnesota, National Association As Trustee For Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2003-34A, and also all other persons, unknown claiming any right, title, estate, interest, or lien in the real estate described in the complaint herein,<br><br>Defendants. | Civil No. 13-2246  PJS/JJK<br><br><br><u>**ORDER ON DEFENDANT'S MOTION TO DISMISS**</u> |

William B. Butler, Esq., Butler Liberty Law, LLC, for the Plaintiff;

John L. Krenn, Esq., and Kelly Hoversten, Esq., Gray Plant Mooty Mooty & Bennett, PA, for the Defendant.

Based upon the Report and Recommendation by United States Magistrate Judge Jeffrey J. Keyes dated January 22, 2014, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that Defendant Wells Fargo's Motion to Dismiss [Docket No. 13] is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE**. **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 02/11/14

                                                              s/Patrick J. Schiltz
                                                              Patrick J. Schiltz
                                                              United States District Court Judge